UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK FUTIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZIEGLER-HOFFMAN PROPERTIES, ) <br> ) <br> Defendant. ) <br> ———————————————— ) <br> ) <br> AND RELATED 3rd PARTY ACTION ) <br> ———————————————— ) | Case No.: C 06-6546 PVT <br><br> **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

On October 19, 2006, the court entered in this case a Scheduling Order for Cases Asserting Denial of Right of Access under Americans with Disabilities Act Title III (42 U.S.C. §§ 12181-89) (the "Scheduling Order").[1]

IT IS HEREBY ORDERED that the Scheduling Order is hereby amended to add a Case Management Conference at 2:00 p.m. on May 1, 2007. The parties shall file a Joint Case Management Conference Statement no later than April 24, 2007. All other dates remain the same.

Dated: *1/26/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*