UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK FUTIA, | Case No.: C 06-6546 PVT |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ZIEGLER-HOFFMAN PROPERTIES, | |
| Defendant. | |
| AND RELATED 3rd PARTY ACTION | |

On May 1, 2007, the parties appeared for a Case Management Conference.[1] Based on the discussions at the conference,

IT IS HEREBY ORDERED that the Case Management Conference is continued to 2:00 p.m. on June 12, 2007. The parties shall file a Supplemental Joint Case Management Conference Statement no later than June 5, 2007.

Dated: *5/2/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*