UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK FUTIA,<br><br>        Plaintiff,<br><br>v.<br><br>ZIEGLER-HOFFMAN PROPERTIES,<br><br>        Defendants. | Case No.  C 06-06546 PVT<br><br>ORDER DENYING APPLICATION FOR POSTPONEMENT OF PORTION OF CONTINUED CASE MANAGEMENT CONFERENCE RE THE THIRD PARTY COMPLAINT |
| ZIEGLER-HOFFMAN PROPERTIES,<br><br>        Third Party Complainant,<br><br>v.<br><br>MARGARITA HERRERA, FRANCISCO GUTIERREZ, and BURRITO FACTORY, INC., and ROES 1 through 10,<br><br>        Third Party Defendants. | |

The court having reviewed the petition of John S. Perkins to continue the case management conference on the third party complaint, and good cause appearing therefor, the court orders as follows: the Application is DENIED

Dated: June 11, 2007

PATRICIA V. TRUMBULL
United States Magistrate Judge

1
ORDER