1  NANCY J. JOHNSON, CA STATE BAR NO. 111615
   EILEEN P. KENNEDY, CA STATE BAR NO. 206464
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  nancy.johnson@berliner.com
   eileen.kennedy@berliner.com
6

7  ATTORNEYS FOR DEFENDANT ZIEGLER-HOFFMAN PROPERTIES

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 RICK FUTIA, | CASE NO.  C 06-06546 PVT |
| 12          Plaintiff, | STIPULATION OF DISMISSAL AGAINST DEFENDANT AND ~~PROPOSED~~ ORDER |
| 13      v. | [Fed. R. Civ. Proc. 41(a)(2)] |
| 14 ZIEGLER-HOFFMAN PROPERTIES, | |
| 15          Defendant. | |
| 16 | |
| 17 ZIEGLER-HOFFMAN PROPERTIES, | |
| 18          Cross-Complainant, | |
| 19      v. | |
| 20 MARGARITA HERRERA, FRANCISCO GUTIERREZ and BURRITO FACTORY, INC., | |
| 21 | |
| 22          Cross-Defendants. | |

23       Plaintiff Rick Futia ("Plaintiff") and Defendant and Third Party Complainant Ziegler-
24  Hoffman Properties ("Defendant") stipulate as follows:
25       Plaintiff and Defendant have reached a full and final settlement of all issues in this action.
26  A settlement agreement, which contains confidential terms, between Plaintiff and Defendant has
27  been fully executed.   Defendant and Third Party Defendants Margarita Herrera, Francisco
28

Gutierrez and Burrito Factory, Inc. have not yet resolved the issues related to the Third Party Complaint.

Plaintiff hereby stipulates and agrees to dismiss the Action against Defendant with prejudice, provided the Court retain jurisdiction for one year from the date of the filing of this Stipulation for the purpose of enforcing the terms of the Settlement Agreement under the authority of <u>Kokkonen v. Guardian Life Insurance Co. of America</u> 511 U.S. 375, 381-82 (1994) and Federal Rule of Civil Procedure Rule 41(a)(2).

Defendant so stipulates. Defendant's stipulation is not intended to and does <u>not</u> dismiss its Third Party Complaint against Third Party Defendants Burrito Factory, Inc. Margarita Herrera, or Francisco Gutierrez.

**IT IS SO STIPULATED:**

DATED:  JUNE 11, 2007				BERLINER COHEN

						BY:  /S/ EILEEN P. KENNEDY
						     EILEEN P. KENNEDY
						     ATTORNEYS FOR DEFENDANT ZIEGLER-HOFFMAN PROPERTIES

DATED:  JUNE 11, 2007				LAW OFFICE OF THOMAS N. STEWART III

						BY:  /S/ THOMAS N. STEWART
						     THOMAS N. STEWART, III
						     ATTORNEY FOR PLAINTIFF RICK FUTIA

**IT IS SO ORDERED**:

DATED: June 13, 2007				_____
						United States ~~District~~/Magistrate Judge