UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK FUTIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZIEGLER-HOFFMAN PROPERTIES,<br><br>　　　　Defendant.<br>─────────────────────────────<br>AND RELATED 3rd PARTY ACTION<br>─────────────────────────────| Case No.: C 06-6546 PVT<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On July 31, 2007, the parties appeared for a Case Management Conference.[1] Based on the discussions at the conference,

IT IS HEREBY ORDERED that the Case Management Conference is continued to 2:00 p.m. on September 25, 2007. The parties shall file a Supplemental Joint Case Management Conference Statement no later than September 18, 2007.

Dated: *7/31/07*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*