NANCY J. JOHNSON, CA STATE BAR NO. 111615
EILEEN P. KENNEDY, CA STATE BAR NO. 206464
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
nancy.johnson@berliner.com
eileen.kennedy@berliner.com

ATTORNEYS FOR DEFENDANT ZIEGLER-HOFFMAN PROPERTIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA,<br><br>  Plaintiff,<br><br>  v.<br><br>ZIEGLER-HOFFMAN PROPERTIES,<br><br>  Defendant. | CASE NO. C 06-06546 PVT<br><br>STIPULATION OF DISMISSAL AGAINST THIRD PARTY DEFENDANTS AND ~~PROPOSED~~ ORDER<br><br>[Fed. R. Civ. Proc. 41(a)(2)] |
| ZIEGLER-HOFFMAN PROPERTIES,<br><br>  Cross-Complainant,<br><br>  v.<br><br>MARGARITA HERRERA, FRANCISCO GUTIERREZ and BURRITO FACTORY, INC.,<br><br>  Cross-Defendants. | |

Third Party Complainant Ziegler-Hoffman Properties ("Ziegler Hoffman") and Third Party Defendants Burrito Factory, Inc., Margarita Gutierrez (formerly known as and named as Margarita Herrera) and Francisco Gutierrez ("Third Party Defendants") stipulate as follows:

Ziegler Hoffman and Third Party Defendants have reached a full and final settlement of all issues in this action. A settlement agreement, which contains confidential terms, between them has been fully executed.

Ziegler Hoffman hereby stipulates and agrees to dismiss the Action against Third Party Defendants with prejudice, provided the Court retain jurisdiction until June 12, 2008 for the purpose of enforcing the terms of the Settlement Agreement under the authority of Kokkonen v. Guardian Life Insurance Co. of America 511 U.S. 375, 381-82 (1994) and Federal Rule of Civil Procedure Rule 41(a)(2).

Third Party Defendants so stipulate.

**IT IS SO STIPULATED:**

DATED: AUGUST 21, 2007

BERLINER COHEN

BY: /s/ EILEEN P. KENNEDY
EILEEN P. KENNEDY
ATTORNEYS FOR DEFENDANT ZIEGLER-HOFFMAN PROPERTIES

DATED: AUGUST 21, 2007

LAW OFFICE OF JOHN S. PERKINS

BY: /s/ JOHN S. PERKINS
JOHN S. PERKINS
ATTORNEY FOR THIRD PARTY DEFENDANTS BURRITO FACTORY, INC., MARGARITA GUTIERREZ (FORMERLY KNOWN AND NAMED AS MARGARITA HERRERA), AND FRANCISCO GUTIERREZ

**IT IS SO ORDERED:**

DATED: 9/10/07

United States District/Magistrate Judge